United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Grzegorz Kazmierczak, individually and on behalf of all others, similarly situated, Plaintiffs,<br><br>v.<br><br>Community Loan Servicing, LLC, Defendant. | Civil Action No. 22-23413-Civ-Scola |

### Order Dismissing Case

Previously, the Plaintiff served the complaint in this case on Defendant Community Loan Servicing, LLC on September 19, 2022, requiring Community Loan to file an answer by October 10, 2022. (Executed Summons, ECF No. 7.) On November 30, 2022, after Community Loan had failed to timely respond and the Plaintiff had failed to seek a clerk's default, the Court notified the parties. (Order, ECF No. 18.) The Court ordered the Plaintiff to either submit a motion for the entry of a clerk's default, by December 7, 2022, or to advise the Court that he no longer intended to prosecute this action. (*Id.*) The Court forewarned the Plaintiff that if he failed to timely seek a clerk's default, the Court might dismiss this action for a failure to prosecute. (*Id.*) Over a month has passed since the Court entered that order and the Plaintiff has failed to act.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons its prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link*, 370 U.S. at 630–31 .

The Court finds the Plaintiff has abandoned his prosecution of this matter. The Court therefore **dismisses** this case **without prejudice**, and directs the Clerk of the Court to **close** the matter. Any pending motions are denied as moot.

**Done and ordered** in chambers at Miami, Florida on January 6, 2023.

_____
Robert N. Scola, Jr.
United States District Judge